RECEIVED
IN MONROE, LA
JUN 8 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DANNY R. JEFFERSON | CIVIL ACTION NO. 06-2417 |
| VS. | SECTION P |
| HARVEY GRIMMER, WARDEN | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation filed in the record,

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE,** *sua sponte*, under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failing to state a claim for which relief may be granted. **As noted by the magistrate judge, this dismissal operates as plaintiff's third strike as defined by 28 U.S.C. §1915(g).**

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this the 8 day of June, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE